**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Steven<br>First name<br>Jerry<br>Middle name<br>Schnadenberg<br>Last name<br><br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 3 7 9<br>OR<br>9 xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ |

Debtor 1    Steven Jerry Schnadenberg

First Name        Middle Name        Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

**5. Where you live**

15441 Slateford Rd

Number        Street

_____

Noblesville                    IN        46062

City                                State    ZIP Code

Hamilton County

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                                State    ZIP Code

**If Debtor 2 lives at a different address:**

Number        Street

_____

City                                State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number        Street

P.O. Box

City                                State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.

(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.

(See 28 U.S.C. § 1408.)

| Debtor 1 | Steven Jerry Schnadenberg | Case number *(if known)* |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2:    Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

- ☑ No
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

**11.  Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | Steven Jerry Schnadenberg | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

**Part 3:**   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

City _____ State _____ ZIP Code _____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?



If immediate attention is needed, why is it needed?



Where is the property?

---

| Debtor 1 | Steven Jerry Schnadenberg | Case number *(if known)*_____ |
|---|---|---|
| | First Name   Middle Name   Last Name | |

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Steven Jerry Schnadenberg | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

**Part 6:**   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:**   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| ✖ /s/ Steven Jerry Schnadenberg | ✖ _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  12/02/2025 | Executed on _____ |
| MM / DD / YYYY | MM / DD / YYYY |

---

| Debtor 1 | Steven Jerry Schnadenberg | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**If you are not represented by an attorney, you do not need to file this page.**

**✗** /s/ KC Cohen                                  Date  12/02/2025

Signature of Attorney for Debtor                                MM  /  DD  / YYYY

KC Cohen

Printed name

KC Cohen, Lawyer, PC

Firm name

1915 Broad Ripple Ave.

Number    Street

Indianapolis                              IN            46220

City                                      State        ZIP Code

Contact phone  3177151845                Email address  kc@esoft-legal.com

04310-49                                 IN

Bar number                               State

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

**Fill in this information to identify your case:**

Debtor 1    Steven Jerry Schnadenberg
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Indiana

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of<br>claim Do not<br>deduct the value<br>of collateral. | Column B<br>Value of<br>collateral that<br>supports this<br>claim | Column C<br>Unsecured<br>portion If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:    $ Unknown    $ 480,000.00    $ Unknown

Great American Insurance Group
Creditor's Name

301 E 4th St. 24N
Number    Street
Cincinnati OH    45202

49 Markleville Lane - $480,000.00

City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.2 | | Describe the property that secures the claim: | $ 0.00 | $ 490,000.00 | $ 0.00 |

**Loan Depot**
Creditor's Name
**POB 3004**
Number    Street
**Monroe WI    53566**
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

15441 Slateford Rd - $490,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number 3176

| 2.3 | | Describe the property that secures the claim: | $ 225,137.00 | $ 320,000.00 | $ 0.00 |

**Old National Bank**
Creditor's Name
**1 Main St**
Number    Street
**Evansville IN    47708**
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

1501 Round Lake Road - $320,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number 8075

| 2.4 | | Describe the property that secures the claim: | $ 33,321.00 | $ 480,000.00 | $ 0.00 |

**SPS**
Creditor's Name
**POB 65250**
Number    Street
**Salt Lake City UT    84165**
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

49 Markleville Lane - $480,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number 5495

| 2.5 | Describe the property that secures the claim: | $ 16,712.00 | $ 18,407.00 | $ 0.00 |

**Truist**
Creditor's Name

POB 580048
Number          Street

Charlotte NC        28258
City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

2017 jaguar xf 35t r sport - $18,407.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 2356

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 275,170.00 | |

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1 Electric LLC
PO Box 13657

146 Industries
12150 SW 128 Ct Ste 223
Miami, FL 33186

4Front Energy Solutions, Inc.
3230 Gorhan Ave Ste 1

5 Season Mechanical LLC
6971 Peachtree Industrial Blvd Ste A
Corners, GA 30092

A&A Sprinkler Co., Inc
Elgin, IL 60123

A.A.A. Refrigeration Service, Inc.
Bronx, NY 10466

A1 Sprinkler & Systems Integration
2383 Northpointe Drive
Miamisburg, OH 45342

Above All Caulking & Waterproofing, Inc.
4150 114th Terrace N
Clearwater , FL 33762

ABS Building Systems Integrators
1900 Fifth Ave.
McKeesport, PA 15132

Access Door & Glass
902 SE Terrace
Cape Coral, FL 33990

Accurate Cutting
1111 Country Club Road
Indianapolis, IN 46234

Accutrack Systems LLC
6910 OakRidge Commerce Way SW
Austell, GA 30168

Ace Electrical Contractors Inc.
8300 10th Avenue North
Golden Valley, MN 55427

ACME HP
145 N Olive St
Yamhil, OR 97148

Acoustical Solutions of Bedford LLC
2037 Cumberland Rd
Bedford, 15522

ADL Design & Construction
208 North Bend
Greenwood, IN 46142

AE Mechanical Co.
1109 S 10th St.
Noblesville, IN 46060

Aetna Plywood
PO Box 1184
Bedford Park, IL 60499

Aftermath Building Services
1250 73rd Street Ste 1
Brooklyn, NY 11228

Aircon Engineering, Inc
8702 Castle Park Drive
Indianapolis, IN 46256

Airmatic Controls, Inc.
10220 W State Rd 84 Ste #1
Davie, FL 33324

Albertson Mechanical LLC
PO Box 247
Monticello, MN 55362

All City Permits
Davie, FL 33314

All Door Services
2414 US Hwy 80 E Ste 260
Mesquite, TX 75149

All Surfaces, Inc
855 N Wood Dale Rd, Ste A
Wood Dale, IL 60191

All Veterans Air Inc.
1407 W Pradera Ave.
Tampa, FL 33612

Allen Plumbing, LLC
12982 TX-19
Canton, TX 75103

Alliance Laundry Systems Distribution LLC
631 Southwestern Blvd. Ste 140
Coppell, TX 75019

Allied Plumbing Heating and Air
PO Box 564
Tontitown, AR 72770

Alpha Testing LLC
PO Box 735418
Chicago, IL 60673

American Air Conditioning & Mechanical
PO Box 6145
Springdale, AR 72766

American Mobile Office & Container
13930 Brainbridge Ave
Warren, MI 48089

American Steel Construction, Inc.
39157 Amrhein Rd.
Livonia, MI 48150

Anderson Engineering
13605 1st Ave Northeast
Plymouth, MN 55441

Anthem
PO BOX 6406
Carol Stream, IL 60197

Antonoplos & Associates
1725 Desales Street, N.W. Suite 600
Washington, DC 20036

APC Group Inc.
3120 W. Carefree Hwy. S-1-412
Phoenix, AZ 85086

Apex Electric and Sign, Inc.
PO Box 130
Maxwell, IN 46154

Applied Finish Systems
PO Box 80108
Houston, TX 77280

Architectural Openings and Access
2050 Turner NW
Grand Rapids, MI 49544

Arkansas Shades Blinds & Shutters Inc
3704 Phyllis Ct North
Little Rock, AR 72118

Arrow Door & Hardware LLC
208 E Daniel Morgan Ave.
Spartanburg, SC 29302

Artistic Painting Company
2477 Doreen St
Grand Prairie, TX 75050

ASE Services, LLC
Metairie, LA 70003

Ashton Sawing and Drilling
PO Box 1709
Canroe, TX 77305

Asphalt Specialists LLC
1780 E Highwood Drive
Pontiac, MI 48340

AWI (Architectural Woodwork Institute)
46179 Westlake Drive, Ste 120
Potomac Falls, VA 20165

Awning Partners Manufacturing Group, LLC
1160 W 16th St,
Indianapolis, IN 46202

B&B Professional Plumbing & Air
707 Belleair Road
Clearwater , FL 33756

B&R Portable Restrooms & Services
205 North Green Street
Brownsburg, IN 46112

Baker Roofing
145 Winhille Road #400
Columbia, SC 29203

Barthet Firm, The
200 S. Biscayne Blvd, Suite 1650
Miami, FL 33131

Basecore Construction Inc
301 N Wilder Rd #89
Plant City, FL 33566

Batten Ceramic Tile Inc.
510 Rose Blvd
Nashville, NC 27856

Beacon Medaes LLC
3234 PO Box 123234
Dallas, TX 75312

Beene Services, LLC
11200 South 225th E Ave
Broken Arrow, OK 74014

Belcore Electric
1600 Main Street
Melrose Park, IL 60160

Bentonville Glass Inc
507 South Main
Bentonvile, AR 72712

Best Roofing
1600 NE 12th Terrace
Ft. Lauderdale, FL 33305

Big Time Plastering, Inc.
Clarksville, GA 30523

BK Interiors Inc
Jericho, NY 11753

Blackford Foundations, Inc.
501 SW Franklin Dr
Ankeny, IA 50023

Bliss Electric Inc
2620 Pole Rd
Moore, OK 73160

Bloodhound LLC
6500 Technology Center Dr
Zionsville, IN 46077

BMW Contracting
26731 Blue Heron Drive
Flat Rock, MI 48134

Boelter Contract & Design
23685 Ridgeview Pkwy W
Waukesha, WI 53188

Bolton Construction and Service of WNC
169 Elk Mountain Road
Asheville, NC 28804

Bon Vista Remodeling LLC
621 S Grant Street
Brownsburg, IN 46112

Boshard Builders, Inc.
1730 W Alvey Dr
Mapleton, UT 84664

Boston Group
3 Highwood Drive Ste 100W

Brantley Agency
1001 Bannock St, Ste 454
Denvor, CO 80204

Breakthru Demolition LLC
29727 Kings Way
Waukesha, WI 53188

Brian's Carpet & Commercial Flooring
5401 N Haverhill Rd., Unit 113
West Palm Beach, FL 33407

Broward County Fence
5051 SW 13th Ave
Oakland Park, FL 33334

Browning Chapman, LLC
2101 Bastian Court
Westfield, IN 46074

Brumbaugh Engineering & Surveying LLC
2270 South Miami Street
West Milton, OH 45383

Bulldog Caulking & Waterproofing
7239 W State Rte 28
Tipton, IN 46072

Bullock Endeavor, LLC
1080 Shoreline Circle
Cicero, IN 46034

Bundle Bliss LLC
316 Saint Clair Rd.
Keysville, GA 30816

C&S Plumbing Company LLC
1551 Adams Ave
Braselton, GA 30517

C.J. Erickson Plumbing Co.
4141 West 124th Place
Alsip, IL 60803

Caldera's Drywall, Inc.
5621 Colvin Pl.
Lowell, AR 72745

Capitol Awning
5004 W Clay St.
Richmond, VA 23230

Capitol Blind and Drapery Company Inc.
1801-1803 Hydro Dr.
Austin, TX 78728

Car-Son Construction, LLC.
13203 Mac Arthur Dr North
Little Rock, AR 72118

Carolina Commercial Systems
524 S New Hope Road
Raleigh, NC 27610

Carolina Electric Inc
Wilmington, NC 28405

Carolina Refrigeration Services Inc
PO Box 2013
Lexington, SC 29071

Carolinas Construction Solutions
PO Box 791638
Charlotte, NC 28206

Casework Concepts, LLC
2712 Stanley Ave
Indianapolis, IN 46203

Casey's All Around Services LLC
15011 Maurine Cove Lane
Odessa, FL 33556

Casique LLC
3404 17th Street East
Palmetto, FL 34221

CenterPoint Energy McCordsville
PO Box 1423
Houston, TX 77251

CenterPoint Energy Ste 100
PO Box 1423
Houston, TX 77251

Central State Glass, Inc.
38128 North Ave.
Zephyrhills, FL 3354

Central Structures LLC
601 North Main Street
Arcanum, OH 45304

Century Fire Protection
16333 Bay Vista Dr.
Clearwater , FL 33760

Century Fire Protection Houston, Inc.
Pinhurst, TX 77362

Cerrito Electric
2765 Vista Park Way, Suite 1
West Palm Beach, FL 33411

Christy Paddock Advisors
525 S Meridian Street, Suite 1A4
Indianapolis, IN 46225

Citizens Energy Group
PO Box 7056
Indianapolis, IN 46207

City Electric Supply
PO Box 609521
Orlando, FL 32860

City Wide Handyman
1650 327th Ln
Madrid, IA 50156

CLA
PO Box 775967
Chicago, IL 60677

Clark & Sons Handyman and Painting Servic
Wauwatosa, WI 53213

Climate Pros
PO Box 203
Bedford Park, IL 60499

CMU
211 N Harbor Dr Ste 1703
Chicago, IL 60601

Comcast - Endeavor
1701 John F Kennedy Blvd #300
Philadelphia, PA 19103

Commercial & Industrial Solutions, Inc.
145 South Ste College Blvd Ste 200
Brea, CA 92821

Commercial Builders and Maintenance LLC
PO BOX 534
South Whitley, IN 46787

Commercial Plumbing & Heating Inc.
24428 Greenway Ave
Forest Lake, MN 55025

Company Green Property Management LLC
7350 Shelbyville Road
Indianapolis, IN 46259

Contierra Engineering Contractors LLC
7412 SW 48 Street
Miami, FL 33155

Cook & Boardman Group
PO Box 117343
Atlanta, GA 33155

Cool Systems
326 Bell Park Dr
Woodstock, GA 30188

Coronet Enterprises, Inc dba Suntec Indu
3220 Quebec St
Dallas, TX 75247

Cox, Sargeant & Burns, P.C.
Indianapolis, IN 46250

CT Corporation System
PO Box 4349
Carol Stream, IL 60197

CT's Handyman Services
910 Azalea Pointe
League City, TX 77573

CTI Surfaces, Inc.
PO BOX 251425
Plano, TX 75025

CTS Electric LLC
247 Foxcroft Dr.
Lexington, NC 27292

Custom Blinds International, Inc.
14300 Bedford Court
Davie, FL 33325

Custom Canvas Works
540 Dynamic Drive
Garner, NC 27529

D & V Precision Sheet Metal, Inc.
205 South 400 West
Greenfield, IN 46140

D&F Midsouth Cleaning LLC
P.O. Box 40631
Memphis, TN 38174

Dakota Glass & Glazing LLC
20775 Langford Way
Jordan, MN 55352

Davis H Elliot Construction
PO Box 37251
Baltimore, MD 21297

Dawson-Williams, Inc.
PO Box 1307
Jupiter, FL 33468

Decorative Paving Co.
39 Glendale Milford Rd
Loveland, OH 45140

Design Mechanical
100 Greystone Ave
Kansas City, KS 66103

Development Management Group LLC
4209 Gallatin Pike
Nashville, TN 37216

DHC Construction Services LLC
3307 Highway 19
Holiday, FL 34691

Discount Waste Inc
250 Scientific Dr
Peachtree Corners, GA 30092

Diverse Technology Industries Inc
541 W Grant Line Road
Tracy, CA 95376

DJ Commercial Door
4752 Hauge Circle
Egan, MN 55122

Dolle Electric inc.
3940 S. Honeysuckle Lane
Rogers, AR 72758

Door & Hardware Openings Inc.
5712 W Sligh Ave.
Tampa, FL 33634

Doran Inc. dba The Vac Dudes
56 Calle Gazapo Rancho
Santa Margarita, CA 92688

Drevo, Inc
25 Railside Way Suite A
Palm Coast, FL 32137

DSI - Distributer Services, Inc.
PO BOX 6002
Hermitage, PA 16148

Duke Energy Hendersonville NC
PO Box 1094
Charlotte, NC 28201

Eagle Electrical Group
50 Corbin Ave, Unit D
Bay Shore, NY 11706

East Coast Coatings
936 SW 1st Ave Unit 264
Miami, FL 33130

East Coast Solar Solutions Window Tinting
12 Allen Street
Lynbrook, NY 11563

Eastern Engineering
2810 N Wheeling Ave
Muncie, IN 47303

ECI Software Solutions (E2)
P.O. Box 200164
Pittsburgh, PA 47303

Eckhart Construction Services, Inc.
1019 Society Lane
Fort Mill, SC 29707

Edgewood Electric Inc
939 Dudley Road
Edgewood, KY 41017

Edwards Electrical & Mechanical
2350 North Shadeland Avenue
Indianapolis, IN 46219

Elemental Design Corporation
9715 Kincaid Dr., Suite 900
Fishers, IN 46037

Elite Fire Protection
4145 CR 561
Tavares, FL 32778

Ellison Construction Cleaning Services, I
1212 King George Ln
Savannah, TX 76227

Emery Wall Decorating
33 Meyer Rd
Huffman, TX 77336

Empire Electric, Inc
5810 Macy Ave
Jacksonville, FL 32211

Employee Benefits Corporation
Madison, WI 53744

EMR Services Inc.
524 Turner St.
Thomasville, NC 27360

Energy Management Consultants LLC
1550 LaFollette
St. Fennimore, WI 53809

Envirotrol LLC
250 Swathmore Ave
High Point, NC 27263

Envirotrol, LLC
PO Box 2026
High Point, NC 27261

eSecurity Tech
2101 Fort St
Chattanooga, TN 37408

Ethos Carpentry
20 Marginal Way
Portland, ME 04101

Etica Group
8720 Castle Creek Pkwy E Dr Suite 400
Indianapolis, IN 46250

ETS Environmental Testing Services Inc
10908 Metronome Drive
Houston, TX 77043

Everest Millwork and Installations
8718 Bentongrove LN
Houston, TX 77044

Excel Fire Protection Systems, LP
McKinney, TX 75069

EZ Rolloff Containers
PO Box 355
Naples, NC 28760

FCS Inc.
3813 126th Ave N
Clearwater, FL 33762

FedEx
PO Box 94515
Palatine, IL 60094

Fence-It
10045 CR 44
Leesburg, FL 34788

Ferry Carpets
195 Lafayette St.
Newark, NJ 07105

Filthy Clean Cleaning Services
PO Box 721958
Orlando, FL 32872

Financial Pacific Leasing, Inc
Federal Way, WA 98001

Fine Line Electric, Inc.
3071 N Dixie Highway
Pompano Beach, FL 33064

Fire Brigade Alarm System
1882 Porteer Lake Drive Unit 107
Sarasota, FL 34240

Flood's Royal Flush
PO Box 303
Wasco, IL 60183

Floor B LLC
3814 SW 59th Ave
Miami, FL 33155

Florida Air and Heat Mechanical Corp
5851 Holmberg Rd #2622
Parkland, FL 33067

Florida Door Solutions
Apopka, FL 32703

Florida Stucco Contractors Inc
PO Box 1354
Auburndale, FL 33823

Fortune Concrete LLC
Hendersonville, NC 28792

Fox Valley Fire and Safety
2730 Pinnacle Drive
Elgin, IL 60124

Frama-Tech Inc
8851 Navarre Parkway
Navarre, FL 32566

Frank Gay Commerical Services
3763 Mercy Star Court
Orlando, FL 32808

Frank Paxton Lumber
PO Box 74007371
Chicago, IL 60674

Fry Reglet
14013 Marquardt Ave
Santa Fe Springs, CA 90670

FS Cleaning Inc
1635 Lester Cove
Springdale, AR 72762

Gammons Metal & Mfg
2900 N. Richardt Avenue
Indianapolis, IN 46219

Gator Tile & Marble Inc.
PO Box 536
Auburndale, FL 33823

Gemstar Stoneworks, Inc
17819 Theiss Mail Rte Rd
Spring , TX 77379

George F. Wilbur Inc.
10300 M-52 Hwy
Manchester, MI 48158

Get Flooring
401 S Milwaukee Ave Ste 160
Wheeling, IL 60090

GFL Environmental
PO Box 555193
Detroit, MI 48255

Gillman Home Center
1162 Tekulve Road
Batesville, IN 47006

Gladis Cleaning Services
4843 Thicket Groove
Indianapolis, IN 46237

GlassTech Commercial Glazing Services, In
PO Box 1060
Winterville, NC 28590

GLMC Group LLC
6164 Shadow Tree Lane
Lake Worth, FL 33463

Gold Mechanical Inc
4735 West Division Street
Springfield, MO 65802

Golden Construction Services, Inc.
4114 CR 177
Anna, TX 75409

Grainger Industrial Supply
1150 W Grove Parkway, Ste 101
Tempe, AZ 85283

Great American Insurance Group
301 E 4th St. 24N
Cincinnati, OH 45202

GreenTree Landscape LLC
1310 W Euless Blvd Ste 200
Euless, TX 76040

Greenville Awning
1852 Brevard Rd
Arden, NC 28704

GRJ Electric
5214 Country Rd 4102
Kaufman, TX 75142

Guardian Life
PO Box 14319
Lexington, KY 40512

H&R Industrial LLC
816 Millbrook Ln
Kokomo, IN 46901

Hahn Systems
PO Box 7048 Group 23
Indianapolis, IN 46207

Handyman Headquartersv
11471 W. Sample Road, Suite 39
Coral Springs, FL 33065

Hartford South LLC
7326 S Orange Avenue
Orlando, FL 32809

HCC Services, Inc.
1037 W. 25th St.
Indianapolis, IN 46208

Helm Electric
Farmington, MN 55024

Henkemeyer Coatings
PO Box 459
Clearwater, MN 55320

Hewitt Power LLC
Morrisville, NC 27560

Hex Contractors LLC
1544 Borad St Ste 151
Statesville, NC 28625

High Rise Security Systems LLC
15W278 N Frontage Road
Burr Ridge, IL 60527

Highland Ventures, LTD d/b/a HV of Il, LTD
c/o Thomas, Feldman & Wilshusen, LLP
12222 Merit Dr, Suite 1450
Dallas, TX 75251

Hill Electric, Inc.
1513 Emil St.
Madison, WI 53713

Hilltop Electric
PO Box 191633
Little Rock, AR 72219

Hoover Architectural
844 NW 9th Ave.
Ft. Lauderdale, FL 33311

Houser Fabrication LLC
Madisonville, TX 77864

Indiana Dept of Revenue
MS 108 100 North Senate Avenue, N240
Indianapolis, IN 46204

Indiana Painting
46 W Maind St.
Mooresville, IN 46158

Indy Fire Protection, Inc.
PO Box 353
North Salem, IN 46165

Inline Painting
1413 E Naomi St
Indianapolis, IN 46203

Innovative Construction Services
988 N Bluff Rd
Grennwood, IN 46142

Interior Demolition Services, Inc.
1092 W Atlanta S, SE Ste 200
Marietta , GA 30060

InterMetro Industries
Wilkes-Barre, PA 18705

Interstate Residential & Commercial LLC
PO Box 52504
Tulsa, OK 74152

IRC Roofing Inc.
Indianapolis, IN 46254

Irvin, Inc.
Indianapolis, IN 46256

ITG Larson Inc.
155 Lafayette Ave.
White Plains, NY 10603

J&D Sprinkler Co.
315 W Main Street
Clayton , NC 2720

J&N Stone, Inc.
905 E Waterford Street PO Box 442
Wakarusa, IN 46573

Jackson Electrical Contractors
6 Bagwell Mill Rd.
Arden, NC 28730

Jacob-Dietz, Inc.
130 South Ewing St.
Indianapolis, IN 46201

James J Kenney & Co, Inc
6218 Camden ST
Harahan, LA 70123

Jamestown Painting, Inc.
10060 Bavaria Rd.
Fort Myers, FL 33913

JB Enterprise
PO Box 384
Palm Harbor, FL 34683

JKES Inc dba Smith Projects
PO Box 189 238 N Main St
Maxwell, IN 46154

JLS Company LLC
PO Box 1265
Skyland, NC 28776

JM Plumbing Inc.
2302 Hwy 44 W
Inverness, FL 34453

Johnson Controls Fire Protection
1830 Park Ln S
Jupiter, FL 33458

Johnson Plumbing & Heating Co
11350 Albavar Path Inver
Grove Heights, MN 55077

JoJo Plumbing, Inc.
2113 NE 33rd St
Cape Coral, FL 33909

JOS Construction
650 Lakota Pkwy
Waxahachie, TX 75165

Joseph Contracting LLC
301 White Meadow Court
Simpsonville, SC 29681

JT Construction Contracting Company
5677 Sherriff Court Lilburn, GA 30047
Lilburn, GA 30047

JW Plumbing Co
5829 Rodman ST
Hollywood, FL 33023

K & S Interiors, Inc
2000 Avenue P suite 15
Riviera Beach, FL 33404

Kamps Inc
PO Box 675126
Detroit, MI 48267

Kane Builders
145 Willow Grove Ave.
Glenside, PA 19038

Kansas City Remodel & Handyman
9108 Barton St
Overland Park, KS 66214

Karndean Design Flooring
1100 Pontiac Court
Export, PA 15632

Keeler Roofing
578 SE 70th Loop
Trenton , FL 32693

Kenny Glass Inc
5240 N US HWY 31
Columbus , IN 47201

Kevin Anderson Electric Inc
40 Locust Ave
Northport, NY 11768

LG Electrical Services LLC
13209 Ann Louise Rd
Houston, TX 77086

Keystone Tile & Marble Inc.
1501 Lake Ave SE
Largo, FL 33771

LM Welding LLC
8400 Longfield Dr.
Raleigh, NC 27616

Koorsen Fire & Security
2719 N Arlington Ave
Indianapolis, IN 46218

LNNS Construction
20 Jared's Path
Brookhaven, NY 11719

L.E. Smith
P.O. Box 766
Bryan, OH 43506

Loan Depot
POB 3004
Monroe, WI 53566

Lacy Construction Group
1339 Sunday Drive
Indianapolis, IN 46217

Locknet LLC
800 John C Watts Drive
Nicholsasville, KY 40356

Laird Plastics
PO BOX 856163
Minneapolis, MN 55485

LPZ Mechanical
3839 McKinney Ave #1552007
Dallas, TX 75204

Lakeshore Recycling Systems LLC
PO Box 1700
Lowell, AR 72745

Lumbermens
4433 Stafford SW
Grand Rapids, MI 49548

Landmark Services of SW FL
1101 9th Ave E
Bradenton, FL 34208

LVC Inc
4200 W 76th St.
Edina, MN 55435

Larimores Millwright Services LLC
9692 N State Road 109
Wilkinson, IN 46186

M-Power Electric LLC
7429 Acc Blvd Ste 105
Raleigh, NC 27617

Lavi Industries
27810 Avenue Hopkins
Valencia, CA 91355

Maccarone Plumbing
10 Sea Cliff Ave
Glen Cove, NY 11542

Lawrence Fabric & Metal Structu
3509 Tree Court Industrial Blvd
Saint Louis, MO 63122

Mahan Construction Corp
18 North Dunton Ave
Medord, NY 11763

LC Contract, Inc.
2305 Baptist Rd.
Durham, NC 27703

Maintenance Experts/Nat Maint Brokers
25 Dogwood Lane
Mays Landing, NJ 08330

Lemberg Electric Company
Brookfield, WI 53005

Marietta Commercial Interiors LLC
5912 Mableton Parkway
Mabeton, GA 30126

Marshall Building Specialties
1001 E New York St
Indianapolis, IN 46202

Martin Silver
330 Motor Parkway, Suite 201
Hauppauge, NY 11788

Martin Stucco
Springdale, AR 72764

Master Carpet & Tile Inc
420 Rawles Court
Indianapolis, IN 46229

Master Handyman Ohio
3791 East 50th Street
Cleveland, OH 44105

Materials Testing Consultants
Grand Rapids, MI 49505

Matheson Tri-Glass, Inc
166 Keystone Drive
Montgomeryville, PA 18936

Matthew Masonry
Indianapolis, IN 46222

McCloskey Mechanical Contractors Inc
445 Lower Landing Rd
Blackwood, NJ 08012

McClure Company
4101 N 6th
St Harrisburg, PA 17110

McCue
PO BOX 200639
Dallas, TX 75320

McCurdy Mechanical Contractors
9096 Technology Lane
Fishers, IN 46038

McMaster-Carr
PO Box 7690
Chicago, IL 60680

MDC Cabinets
15397 Stony Creek Way
Noblesville, IN 46060

MDC Construction
15335 Endeavor Drive, Suite 100
Noblesville, IN 46060

MDC Group

Mechanical Refrigeration Services Inc.
8315 NW 64th St, Unit #6
Miami, FL 33166

Merrill Masonry, Inc.
PO Box 1095
Brevard, NC 28712

Metro Lakes Construction, LLC
P.O. Box 317
Clarkston, MI 49347

MetroDade Security Systems Inc
8491 NW 17th St Unit #101
Miami, FL 33126

Meyer Plastics
5968 Sunnyside Rd
Indianapolis, IN 46236

MIC
PO Box 16461
Milwaukee, WI 53216

Midwest Commercial Builders, LLC
6752 Azalea Drive
Indianapolis, IN 46214

Midwest Painting Co.
1204 E Bronson St
South Bend, IN 46615

Millennium Floor Care
5210 Graywood Ave
Spring Hill, FL 34609

Miller Glass of North Carolina, Inc.
72A Bradley Branch Road
Arden, NC 28704

Miner Equipment LLC
11827 Tech Com Suite 115
Antonio, TX 78233

Minuteman Press
9105 E 56th Street Ste E
Indianapolis, IN 46216

Modular Millwork LLC
PO Box 1177
Greer, SC 29652

Mongonia, Antone
3970 South State Road 39
Frankfort, IN 46041

Monterey Development LLC
13310 Escalara Ln
Justin, TX 76247

Moulton Exteriors, Inc.
10582 SE 38th Ave
Starke, FL 32091

Mr Electric (Blacklick, OH)
405 N Brice Rd
Blacklick, OH 43004

Mr. Handyman of Wichita Metro Area
535 North Tyler
Wichita, KS 67212

MSC Logistics
3333 N. Franklin Rd.,
Indianapolis, IN 46226

Murphy Company
1233 N. Price Rd.
St. Louis, MO 63132

National Concrete Polishing
2200 NW 32 Street
Pompano Beach, FL 33069

National Construction Rental
Los Angeles, CA 90084

National Contracting Corporation
4701 Old Canoe Creek Rd Unit 700098
Saint Cloud, FL 34769

National Engineering & Repair Corp
Riverview, FL 33569

National Glazing Solutions LLC
12810 Century Dr.
Stafford, TX 77477

National Maintenance Brokers, LLC
30 Gould St.
Sheridan, WY 82801

National Project Management
6021 Big Sandy Drive
Raleigh, NC 27616

Network Flooring & Maintenance
14 Hadco Rd.Suite 115
Wilmington, DE 19804

Nittany Building Specialties, Inc.
105 W Plank Rd
Port Matilda, PA 16870

Noble Modern Builders
5249 North Levitt Street
Chicago, IL 60625

Northern Exposure Roofing
1305 Larc Industrial Blvd.
Burnsville, MN 55337

Northpointe Engineering & Surveying, Inc.
6125 S East Street Ste B
Indianapolis, IN 46227

Northside Masonry
2611 W Loraine St
Fort Worth, TX 76107

Nova Fire Protection
1530 Wiey Road
Schaumburg, IL 60173

NYSIF
PO Box 5238
New York, NY 10008

Old National Bank
1 Main St
Evansville, IN 47708

Omni Electric LLC
Tipton, IN 46072

Open Space Labs, Inc
Pasacena, CA 91185

Orange County Plumbing
3568 N CR 100 W P
Paoli, IN 47454

Oregon Door Consultants LLC
28831 SW Costa Cir W
Wilsonville, OR 97070

Original Rock Designs, Inc.
112 Concord Exchange S S
St Paul, MN 55075

Orlando Masonry Development LLC
PO Box 154
Dryden, MI 48428

Overhead Door Corporation
2501 S St Hwy 121 Bus Ste 200
Lewisville, TX 75067

Oxblue LLC
Atlanta, GA 30374

Pacesetter Personnel Service
PO Box 2324
Houston, TX 77252

Palm Beach Ironworks, Inc.
7768 Belvedere Rd
West Palm Beach, FL 33411

Pane Doctor
Burlington, VT 05406

Parkway Plumbing Inc.
9925 Royalton Road Unit C
North Royalton, OH 44133

Partner Engineering North Carolina PLLC
8720 Red Oak Blvd #528
Charlotte, NC 28217

Patton Plumbing LLC
4732 S. 550 E.
Franklin, IN 46131

Paul I. Cripe, Inc.
9339 Priority Way West Drive, Ste 100
Indianapolis, IN 46240

Penn Installations, Inc.
1428 Railroad St
Summerhill, PA 15958

Perfect Polish
PO Box 151 184 Cedar Place
Norris, TN 37828

Phillippe Lawn & Landscape
12128 N 125 W
Alexandria, IN 46001

PipeRite Fire Sprinklers, Inc
2647 Carmela Ave
North Port , FL 34286

Pitt Electric ORI LLC
501-2 Covil Ave
Wilmington, NC 28403

Plumbing & Mechanical Systems of South FL
10322 NW 55th St.
Sunrise, FL 33351

Plumbing Inc.
4800 N Federal Hwy Ste B200
Boca Raton, FL 33431

Plumbing Masters Construction, Inc.
613 North Hoover Road
Durham, NC 27703

Polaris Electric Inc.
4111 SW 47th Ave Ste 327
Davie, FL 33314

Power Component System
7526 Connelley Dr Ste R
Hanover, MD 21076

Power Support Electrical Services LLC
1106 Timmons Rd Thonotosassa, FL 33592
Thonotosassa, FL 33592

Precise Glass Solutions
4001 Prairie Ave
Shiller Park, IL 60176

Precision Ladders, LLC
513 Oak Boulervard West Drive
Greenfield, IN 46410

Preferred Exterior
1998 Hillside Ave
New Hyde Park, NY 11040

Prestige Electric Inc
15345 NW 194th St
Lake Butler, FL 32054

Presto-X
5701 Fortune Circle S Ste K
Indianapolis, IN 46241

PrimePay - Fee
1487 Dunwoody Drive
West Chester, PA 19380

Pro Plumbing Service Corp
5205 N Nebraska Ave
Tampa, FL 33603

Pro-Tech Roofing Inc
2413 Salt Springs Road
Warren, OH 44481

Pro-Tek Services
598 Northlake Blvd Altamonte
Altamonte Springs, FL 32701

Professional Carpentry Inc
17212 Windsor Dr
Omaha, NE 68118

Proton Electric Service
1751 W 10th Street
Riviera Beach, FL 33404

Pure Water Partners
PO Box 24445 Seattle WA 98124
Seattle, WA 98124

Pyramid Air Conditioning, Inc.
90 East Jefryn Blvd
Deer Park, NY 11729

Quintech Inc.
102 Slaton Dr
Nash, TX 75569

R&R Fabrications, INC
601 E. WAshington St. St.
Henry, OH 45883

R.D.A. Interior Contractors, Inc
11250 SE 92nd Ct
Beleview, FL 34420

RAM Mechanical Services LLC
258 W Westgate
Carol Stream , IL 60188

Red Diamond General Contracting
726 E North Street
Tipton, IN 46072

Reliance Heating & Air Conditioning Co
1694 Highway 138 NE
Conyers, GA 30013

Renner Handyman Services, LLC
5328 Barry Lane
White Bear Twp, MN 55100

Reprographic and Drafting LLC
8849 Birch Street
Fishers, IN 46038

Republic Services
PO Box 9001099
Louisville, KY 40290

Richelieu
237 N River Road Ste 2
Clemens, MI 48043

Riddiford Roofing
2333 Hamilton Road
Arlington Heights, IL 60005

Riteway Systems, Inc
3071 NW 64th Ave
Sunrise, FL 33313

Rittenhouse & Son Inc
629 East State Road 28
Alexandria, IN 46001

RJP Electric
10 Sunnen Drive, Ste 125
St. Louis, MO 63143

Rogers Electric, Inc
22037 Creekview Ln
Orbisonia, PA 17243

Ron Olsen Construction LLC
6970 Inwood Rd.
Cologne, MN 55322

Roof Painting by Hartzell, Inc.
3195 N Powerline Road, Ste 100
Pompano Beach, FL 33069

Roofing & Renovation of Florida
3937 Aquilla Dr.
Lakeland, FL 33810

Rose Paving Co.
7300 W. 100th Place
Bridgeview, IL 60455

Roto-Rooter
Grimes, IA 50111

Royal Signs & Awnings
Houston, TX 77084

RPM xConstruction LLC
6500 Meyer Way McKinney, TX 75070
McKinney, TX 75070

RSC Mechanical, Inc
43750 Garfield Road
Clinton Township, MI 48038

RSS Roofing Services & Solutions Florida
216 S Norton Ave
Orlando , FL 32805

S&K Commercial Interiors
12898 Farmington Road
Livonia, MI 48150

SC Maintenance Inc
2704 Rooks Rd,
Davenport, FL 33837

Scat Pest Control
PO Box 142
Westfield , IN 46074

Schaefer Electric
Omaha, NE 68134

Schuch, Dustin
213 Gunnison Avenue SW, Apt 2Apt 2
Grand Rapids, MI 49504

SCS Door Systems, Inc.
PO Box 211402
Bedford, TX 76095

SDC Install Services, Inc.
3830 Clubhouse Rd.
Lakeland, FL 33812

Sea Cool
2020 East Sample Road
Lighthouse Port, FL 33064

Service Channel
Alberston, NY 11507

Sierra Metals Inc.
160 Hardman Ave S
St. Paul, MN 55075

Silverstar Construction
PO Box 71036
Cottonwood Heights, UT 84171

Sims, Richard
1343 South Richland Street
Indianapolis, IN 46221

Skyline Engineering
42 W. 39th Street New York, NY 10018
New York, NY 10018

Skyline Roofing Company Inc.
3060 West Minnesota Street
Indianapolis, IN 46241

Skyline Roofing NC LLC
14500 Hickory Court
Davie, FL 33325

Smallwood Masonry LLC
10027 Huckleberry Dr.
Spring Hill, FL 34608

Smith Fence
4699 110th Ave N
Clearwater, FL 33762

Southeast Mechanical Inc
12750 SW 225 St.
Miami, FL 33170

Southern Coast Enterprises, Inc
272 NW 2nd Street
Deerfield Beach, FL 33441

Southern Foam Insulation, Inc.
3882 Center Loop
Orlando , FL 32808

Southwest Waste Services
12550 Professional Park Ste 11
Fort Myers, FL 33913

Spencer's Contracting
Prairieville, LA 70769

Springman Electrical Services
5153 Commerce Square Drive
Indianapolis, IN 46237

SPS
POB 65250
Salt Lake City, UT 84165

SSD Consulting LLC
Chamblee, GA 30341

SSSS LLC
Paramus, NJ 07652

Stanley Convergent Security Solutions
2150 Western Ct, Ste 300
Lisle, IL 60532

Steel Services Inc.
3551 S. Lynhurst Dr.
Indianapolis, IN 46241

Steelworks of the Carolinas, Inc
432 McNeely Road
Pidemont, SC 29673

Stockton Construction
1975 Sansbury's Way, Suite 115
West Palm Beach, FL 33411

Stockton Maintenance Group
1975 Sansbury Way Ste 115
West Palm Beach, FL 33411

Stonhard, division of StonCor Group, Inc.
Cleveland, OH 44193

Storefront Repair
17032 Palmdale Lane, Unit #A
Huntington Beach, CA 92647

Stratus Building Solutions
150 Broadhollow Rd. Ste 216
Melville, NY 11747

Stronghold Glass LLC
1325 W Wiley Ave.
Bluffton, IN 46714

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Sunland Fire Protection, Inc.
PO Box 74008409
Chicago, IL 60674

Super Handyman Services, LLC
1139 Alexandra St SW
Albuquerque, NM 87121

Superior Drywall Solutions LLC
Ocala, FL 34472

Superior Property Painting Services LLC
6330 SW 19 TERR
Miami, FL 33155

Tarpenning - LaFollette Co.
Indianapolis, IN 46268

Teamwork Labor Services
23 Norfolk Ave.
South Waston, MA 02375

TEG Lease Inc.
107 Gass Drive
Greenville, TN 37745

Testone Mechanical
570 Stevenson Rd Ste 5
South Elgin, IL 60177

Texas Plumbing 911 LLC
911 LLC 10111 Woodwind Dr
Houston, TX 77025

TFS, Ltd, dba Curlin
001 E Columbus Dr
Tampa, FL 33619

The Collins Group, Inc
1139 S Baldwin Ave
Marion, IN 46953

The Knotts
350 Snyder Ave
Berkeley Heights, NJ 07922

The Ravin Group
1713 N Richardt Ave
Indianapolis, IN 46219

Thomas, Mark
712 Kingston Circle
Brownsburg, IN 46112

Tikra Roofing LLC
1714 Rotary Drive
Humble, TX 77338

Top to Bottom Interiors, Inc
5500 6th Ave
Altoona, PA 16602

Total Comfort Cooling & Heating Inc
1207 Enterprise Dr
Port Charlotte , FL 33953

Total Floors
141 Magellan Circle
Webster, TX 77598

Tri-Area Electrical Construction
Cape Coral, FL 33910

Triad Coatings and Construction LLC (SBE)
26 Wheatsheaf Farm Rd
Morristown, NJ 07960

Triangle Terrazzo and Tile, Inc.
2130 East Orange Ave.
Ecustis, FL 32726

Trimble
Dallas, TX 75320

Trinity Pension Consultants
Akron, OH 44321

Truist
POB 580048
Charlotte, NC 28258

TRV Mechanical South
Kenilworth, NJ 07033

Turner Property Service
3199 Klepinger Rd Ste 200
Dayton, OH 45406

ULine
Chicago, IL 60680

Unifour Fire & Safety LLC
PO Box 1025
Hickory, NC 28603

Unistrut Construction
1 Ilene Ct. Bldg 8, Unit 15 Hillsborough
Hillsborough, NJ 08844

United Rentals - D41
100 Weber Ave.
Leesburg, FL 34748

United Rentals Atlanta
PO Box 100711
Atlanta, GA 30384

Unlimited Power Corp
3750 Hacienda Blvd Ste C
Davie, FL 33314

US LBM Operating CO 2009 LLC
PO Box 931096
Atlanta, GA 31193

US Merchants Protective Co., Inc.
PO Box 1189
Bellmore, NY 11710

USA Waterproofing
235 Carothers Street
Charolet, NC 28216

UWC Inc
Orlando , FL 32811

Vericore
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078

Versatile Construction, Inc.
125 Michael Dr, Ste 100
Syosset, NY 11791

Vision Specialties Group, Inc.
Indianapolis, IN 46250

VSC Fire & Security.
PO Box 1659
Rogers, AR 72757

Wachter, Inc.
16001 West 99th Street
Lenexa, KS 66219

Walbridge Woodworks
27943 East Broadway Street
Walbridge, OH 43465

Waste Management
PO Box 4648
Carol Stream , IL 60197

West Coast Awnings
1424 S Missouri Ave
Clearwater, FL 33756

Westfield Insurance
PO BOX 9001566
Louisville, KY 40290

Westhues Electric, Inc.
P.O. Box 18220
Kansas City, MO 64133

Westway Site Service
16660 Dallas Pkwy
Dallas, TX 75248

WGEP Aspects
13014 N Dale Mabry Hwy Ste 239
Tampa, FL 33618

White Electrical Solutions
Bradenton, FL 34203

WI Department of Revenue
PO Box 930208
Milwaukee, WI 53293

Williams Scotsman
P.O. Box 91975
Chicago, IL 60693

Windrose Surveying & Land Service
PO Box 74133
Cleveland, OH 44194

Worldwide Express
29228 Network Place
Chicago, IL 60673

Xpress Maintenance
5095 Maran Summit Rd
Paintlick, KY 40461

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                                        )
Steven Jerry Schnadenberg _____ )        Case No. _____
*[Name of Debtor(s)]*                         )              *(xx-xxxxx)*
_____,     )
                            Debtor(s).     )

☐   Check if this form
is submitted with an
amended creditor list.

## <u>VERIFICATION OF CREDITOR LIST</u>

(I/We) declare under penalty of perjury that all entities included or to be included in
Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification.
This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to
the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment
fee if there are entities listed on (my/our) schedules that are not included in the creditor
list submitted with this verification.

Dated: 12/02/2025 _____          /s/ Steven Jerry Schnadenberg _____
                                        Signature of Debtor


                                        _____
                                        Signature of Joint Debtor



**(Note:  Certificate of Service not required.)**

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Steven Jerry Schnadenberg**<br>First Name    Middle Name    Last Name<br><br>Debtor 2<br>(Spouse, if filing) First Name    Middle Name    Last Name<br><br>United States Bankruptcy Court for the:  Southern District of Indiana<br><br>Case number<br>(If known) _____ | ☑ 1. There is no presumption of abuse.<br><br>☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).<br><br>☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.<br><br>☐ Check if this is an amended filing |

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ |

7. **Interest, dividends, and royalties** | | | $_____ | $_____ |

Debtor 1    **Steven Jerry Schnadenberg**    Case number *(if known)*_____
_____
First Name        Middle Name        Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation**<br>Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................↓ | $_____ | $_____ |
| For you ...................................................................... $_____ | | |
| For your spouse ......................................................... $_____ | | |
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $_____ | $_____ |
| **10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | | |
| Total amounts from separate pages, if any. | + $_____ | + $_____ |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____  **+**  $_____  **=**  $_____

Total current
monthly income

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11........................................... **Copy line 11 here ➡**   $_____

     Multiply by 12 (the number of months in a year).        **x  12**

12b.   The result is your annual income for this part of the form.     12b.   $_____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household. ....................................13.   $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.   ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
      Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
      Go to Part 3 and fill out Form 122A–2.

---

Debtor 1    Steven Jerry Schnadenberg                          Case number (*if known*)_____
            First Name    Middle Name    Last Name

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ /s/ Steven Jerry Schnadenberg                          ✘ _____

Signature of Debtor 1                                    Signature of Debtor 2

Date  12/02/2025                                         Date _____
      MM / DD  / YYYY                                         MM /  DD   / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1        **Chapter 7 Statement of Your Current Monthly Income**        page 3